UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Mary Ann Brodie**                    **Docket No. 5:10-CR-20-1BO**

### Petition for Action on Supervised Release

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Mary Ann Brodie, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Marijuana, 21 U.S.C. §841(a)(1), and Use, Carry, and Possess a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 10, 2010, to the custody of the Bureau of Prisons for a term of 63 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Mary Ann Brodie was released from custody on October 21, 2014, at which time the term of supervised release commenced. On October 9, 2015, the defendant was transferred to our Low Intensity Program as she was stable and compliant with all conditions of supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 13, 2016, after being requested to come into the office for a urinalysis, Brodie admitted to using marijuana on April 9, 2016. She advised it was a one-time mistake and she regretted it immediately after consuming the substance. As this is her first violation of supervised release, she has been placed back on regular supervision and we would recommend adding the drug aftercare condition so that we can place her in our Surprise Urinalysis Program for closer monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing
                                          is true and correct.


/s/Jeffrey L. Keller                      /s/Erica W. Foy
Jeffrey L. Keller                         Erica W. Foy
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          310 New Bern Avenue, Room 610
                                          Raleigh, NC 27601-1441
                                          Phone: 919-861-8665
                                          Executed On: May 2, 2016

## ORDER OF THE COURT

Considered and ordered this __3__ day of __May_____, 2016 and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge