# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8665
Fax: 919-861-5555

DATE: June 06, 2017
FROM: Erica W. Foy
U.S. Probation Officer
SUBJECT: **BRODIE, Mary Ann**
**Dkt. No.: 5:10CR00020-1BO**
**REQUEST FOR EARLY TERMINATION**
TO: Terrence W. Boyle
U.S. District Court Judge

On September 10, 2010, pursuant to a guilty plea to Possession With Intent to Distribute a Quantity of Marijuana, 21 U.S.C. §841(a)(1), and Use, Carry, and Possess a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A), Mary Ann Brodie appeared in United States District Court for the Eastern District of North Carolina, and was sentenced to 63 months imprisonment to be followed by 3 years supervised release.

The defendant was released from custody on October 21, 2014, and began supervision in the Eastern District of North Carolina.

She has performed satisfactorily on supervision. She was transferred to low intensity supervision on October 9, 2015; however, she relapsed and used marijuana in April 2016. She was placed back on regular supervision and participated in our Surprise Urinalysis Program with no issues. She now has an opportunity to start a Commercial Driver's License school, if she is no longer on supervision. Her term of supervision is set to expire on October 20, 2017.

The probation office is requesting early termination at this time. The U.S. Attorney's Office has been contacted and has no objection to the request. Please indicate the court's preference by marking the appropriate selection below.

---

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____     6-7-17
Terrence W. Boyle                   Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.           Crim. No. 5:10-CR-20-1BO

MARY ANN BRODIE

On October 21, 2014, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Erica W. Foy
Erica W. Foy
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8665
Executed On: June 06, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___7___ day of __June__, 2017.

Terrence W. Boyle
U.S. District Judge